IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EARL T. WILLIAMS : CIVIL ACTION
:
v. :
:
DET. ERIC GERGEL, BOROUGH OF :
NORRISTOWN POLICE DEPT., et al. : NO. 13-0468

## O R D E R

AND NOW, this 9th day of May, 2013, IT IS ORDERED that:

1. Plaintiff's complaint and amended complaint (Document No. 6) are DISMISSED pursuant to 28 U.S.C. § 1915(e); and

2. The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
MITCHELL S. GOLDBERG, J.